UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DENVEY EBANKS** | * | CIVIL ACTION NO.: 08-1340 |
| | * | |
| **VERSUS** | * | SECTION "C" (1) |
| | * | |
| | * | JUDGE BERRIGAN |
| **OFFSHORE LIFTBOATS, L.L.C.** | * | |
| **AND C&E BOAT RENTAL, L.L.C.** | * | MAGISTRATE SHUSHAN |
| | * | |

**************************************

### RESPONSE TO OFFSHORE LIFTBOATS' STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW COMES, third-party defendant, Gulf Offshore Logistics, LLC ("GOL"), and responds as follows to the Statement of Uncontested Material Facts submitted by Offshore Liftboats in support of its Motion for Summary Judgment.

1. GOL submits that the complaint, discovery responses, and deposition of plaintiff Denvey Ebanks are their own best evidence of what plaintiff claims in this litigation. Subject to the foregoing, admitted.

2. Admitted.

3. Denied.

4. Admitted.

5.  Denied as written. GOL admits that there was an oral or a written agreement pertaining to the charter of a liftboat from Offshore Liftboats, but denies that there is any certainty at this time as to which version of the applicable contract applies, the parties to any applicable contract, or the intent of the parties regarding who ultimately would bear responsibility for any alleged injuries sustained aboard said liftboat.

6.  Denied as written. GOL admits that there was an oral or a written agreement pertaining to the charter of a liftboat from Offshore Liftboats, but denies that there is any certainty at this time as to which version of the applicable contract applies, the parties to any applicable contract, or the intent of the parties regarding who ultimately would bear responsibility for any alleged injuries sustained aboard said liftboat.

7.  Denied on information and belief. GOL has received a copy of a May 13, 2008 letter from counsel for Offshore Liftboats to GOL, but has not yet been able to confirm that the letter was actually sent at that time or that, if sent, the letter was actually received by GOL on or about that date.

8.  Denied as misleading.

Respectfully submitted,

PREIS & ROY
(A Professional Law Corporation)


/s/Carl J. Hebert
CARL J. HEBERT (#06724)
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone:   (504) 581-6062
Facsimile:   (504) 522-9129

**Counsel for Gulf Offshore Logistics, L.L.C.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record in these proceedings by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | ECF Filing | ( ) | E-Mail |

New Orleans, Louisiana, this 10th day of February, 2009.


/s/Carl J. Hebert