UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DENVEY EBANKS** | * CIVIL ACTION |
| | * |
| VS. | * NO: 08-1340 |
| | * |
| **OFFSHORE LIFTBOATS, L.L.C. and** | * SECTION "C" |
| **C&E BOAT RENTAL, L.L.C.** | * JUDGE HELEN G. BERRIGAN |
| | * |
| | * MAGISTRATE "1" |
| | * JUDGE SALLY SHUSHAN |
| ************************************* | * |

## UNOPPOSED MOTION TO WITHDRAW
## MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Offshore Liftboats, L.L.C. ("Offshore Liftboats"), and upon suggesting to the Court that Offshore Liftboats filed a Motion for Partial Summary Judgment on February 3, 2009 (REC Doc. 28) seeking a judgment against Offshore Logistics, LLC ("Offshore Logistics") enforcing contractual defense and indemnity obligations; that the parties have now resolved the underlying dispute; and, that Offshore Liftboats desires to withdraw its Motion for Partial Summary Judgment, without prejudice, as a consequence of the agreement reached, respectfully;

**MOVES THE COURT** to permit Offshore Liftboats to withdraw its Motion for Partial Summary Judgment without prejudice.

1

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, LLC**

**/S/ ROBERT S. REICH**
**ROBERT S. REICH (#11163)**
**LAURENCE R. DeBUYS IV (#14202)**
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, LA  70002
Tel:  (504) 830-3999
Fax:  (504) 830-3950
rreich@rapllclaw.com
lplunkett@rapllclaw.com
*Attorneys for Offshore Liftboats, L.L.C.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all counsel of record by hand delivery, electronic delivery, facsimile transmission, or by placing same in the U. S. Mail, postage prepaid, this 19th day of May 2009.

**/S/ ROBERT S. REICH**

1