UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DENVEY EBANKS** | * CIVIL ACTION |
| | * |
| VS. | * NO: 08-1340 |
| | * |
| **OFFSHORE LIFTBOATS, L.L.C. and** | * SECTION "C" |
| **C&E BOAT RENTAL, L.L.C.** | * JUDGE HELEN G. BERRIGAN |
| | * |
| | * MAGISTRATE "1" |
| | * JUDGE SALLY SHUSHAN |
| ************************************ | * |

## O R D E R

Considering the foregoing,

**IT IS ORDERED** that Offshore Liftboats, L.L.C. be and is hereby permitted to withdraw its Motion for Partial Summary Judgment, Without Prejudice, and the Motion shall be deemed withdrawn as of the signing of this Order.

New Orleans, Louisiana this 20th day of May 2009.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

1