UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DENVEY EBANKS | * | CIVIL ACTION NO.: 08-1340 |
| | * | |
| VERSUS | * | SECTION C (1) |
| | * | |
| OFFSHORE LIFTBOATS, L.L.C. | * | JUDGE BERRIGAN |
| AND C&E BOAT RENTAL, L.L.C. | * | |
| | * | MAGISTRATE SHUSHAN |

******************************************

**MOTION FOR SUMMARY JUDGMENT ON DEFENSE AND
INDEMNITY AGAINST NIPPON OIL EXPLORAIONT U.S.A., LTD.**

NOW INTO COURT, through undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, comes Gulf Offshore Logistics, L.L.C., who respectfully moves this Honorable Court to require Nippon Oil Exploration U.S.A., Limited to defend and indemnity Gulf Offshore Logistics, L.L.C. for Gulf Offshore Logistics, L.L.C.'s obligation to defend and indemnify Offshore Liftboats, L.L.C. for the claims raised by plaintiff, Denvey Ebanks, on the grounds that the pleadings, depositions, answers to interrogatories, admissions on file and affidavits demonstrate that there exists no genuine issue as to any material fact and that mover is entitled to judgment as a matter of law, all as more fully supported in the attached memorandum.

Respectfully submitted,

PREIS & ROY


BY:   /s/ Christopher C. Meeks
CARL J. HEBERT (#06724)
JOSEPH E. LEE III (#26968)
CHRISTOPHER C. MEEKS (#32202)
Pan American Life Center
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone:(504) 581-6062
Facsimile:(504) 522-9129

**Attorneys for GULF OFFSHORE LOGISTICS, LLC, Third-Party Defendant and OFFSHORE LIFTBOATS, LLC, Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( ) Hand Delivery            ( ) Prepaid U.S. Mail

( ) Facsimile                ( ) Federal Express

( X ) Electronic Mail        ( ) Federal Express

New Orleans, Louisiana, this 5th day of August, 2009.


     /s/ Christopher C. Meeks
       Christopher C. Meeks


2