UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DENVEY EBANKS | * | CIVIL ACTION NO.: 08-1340 |
| | * | |
| VERSUS | * | SECTION C (1) |
| | * | |
| OFFSHORE LIFTBOATS, L.L.C. | * | JUDGE BERRIGAN |
| AND C&E BOAT RENTAL, L.L.C. | * | |
| | * | MAGISTRATE SHUSHAN |

*******************************

## NOTICE OF HEARING ON GULF OFFSHORE LOGISTICS, L.L.C.'S MOTION FOR SUMMARY JUDGMENT

IT IS HEREBY ORDERED that Third-Party Defendant, Nippon Oil Exploration U.S.A., Ltd., show cause on the on the 19th day of August, 2009, at 9:30 o'clock a. m., why Third-Party Plaintiff, Gulf Offshore Logistics, L.LC.'s, Motion for Summary Judgment should not be granted.

New Orleans, Louisiana this _____ day of August, 2009.

_____
JUDGE