UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

O R D E R

**IT IS ORDERED** that the following motions set for hearing on SEPTEMBER 16, 2009, will be considered on the briefs.

| | |
|---|---|
| **06-4685** | **SEACOR HOLDINGS, INC. V COMMONWEALTH INSURANCE COMPANY, ET AL**<br>Motion by Commonwealth Insurance Company in limine to exclude testimony of Frank Brown (146)<br>Motion by Commonwealth Insurance Company for reconsideration [re: Court's denial of Commonwealth's motion for partial summary judgment seeking the dismissal of Seacor's "bad faith" claims] (148) |
| **07-4262** | **BONNIE STEEN V USF INSURANCE COMPANY, ET AL**<br>Motion by Bonnie Steen to amend witness list (20) |
| **07-7015 c/w 07-7109** | **PRESTIGE CARE, LLC, ETC. V CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, ET AL**<br>Motion by Certain Underwriters at Lloyd's, London for summary judgment (79) [REF: 07-7015]<br>Motion by Certain Underwriters at Lloyd's, London in limine to exclude testimony of plaintiff's expert Earl T. Carr, Jr. (80) [REF: 07-7015] |
| **08-1340** | **DENVEY EBANKS V OFFSHORE LIFTBOATS, L.L.C., ET AL**<br>Motion by Island Operating Company, Inc. for summary judgment (86) |
| **08-1518** | **PAUL WILSON V TECO OCEAN SHIPPING, INC.**<br>Motion by TECO Ocean Shipping, Inc. And Buck Kreihs Marine Repair, LLC to vacate the Court's call docket order of dismissal (44) |
| **09-4169** | **RAIN CII CARBON, LLC V CONOCOPHILLIP COMPANY**<br>Motion by Rain CII Carbon LLC to reconsider, alter, and amend [Order and Reasons - Doc. no. 32]   (33) |

**09-5849**   **FREDERICK GERKIN, ET AL V HARTFORD INSURANCE**
**Motion by Hartford Insurance Company to dismiss or alternatively for a stay pursuant to the first-to-file rule (5)**

New Orleans, Louisiana, this 8th day of September 2009.

_____
**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**