IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**DENVEY EBANKS**                                    C.A. NO. 08-1340

**VERSUS**                                           SECTION: C MAG 1
                                                     JUDGE HELEN G. BERRIGAN
**OFFSHORE LIFTBOATS, L.L.C. AND**
**C & E BOAT RENTAL, L.L.C.,**                       MAG. JUDGE SALLY SHUSHAN

---

**ORDER**

---

Having considered Island Operating Company, Inc.'s Motion for Leave to file a Reply Memorandum in connection with its Motion for Summary Judgment;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Reply Memorandum be and the same is hereby allowed to be filed by Island Operating Company, Inc.

Thus done and signed this _____17th_____ day of September, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE